RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Louie Allen Ford

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-639-DJA |
| Plaintiff, | |
| v. | ORDER **TO CONTINUE BENCH TRIAL** (Second Request) |
| LOUIE ALLEN FORD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Louie Allen Ford, that the bench trial currently scheduled on March 8, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2.      The defendant is not in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the second request for a continuance of the bench trial.

DATED this 3rd day of March, 2023.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney


By */s/ Navid Afshar*                       BY */S/ Imani Dixon*
NAVID AFSHAR                                IMANI DIXON
Assistant Federal Public Defender           Assistant United States Attorney

2

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
4       UNITED STATES OF AMERICA,                    Case No. 2:22-mj-639-DJA

5                          Plaintiff,
                                                     **<u>ORDER</u>**
6                  v.

7       LOUIE ALLEN FORD,

8                          Defendant.

9

10          IT IS THEREFORE ORDERED that the bench trial currently scheduled for

11   Wednesday, March 8, 2023, at 9:00 a.m., be vacated and continued to

12   April 12, 2023, at 9:00 a.m., Courtroom 3A.

13          DATED this ___ day of March, 2023.
                          6th

14

15          _____

16          DANIEL J. ALBREGTS
            United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

                                3