RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Louie Allen Ford

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LOUIE ALLEN FORD,<br><br>        Defendant. | Case No. 2:22-mj-639-DJA<br><br>**ORDER TO CONTINUE BENCH TRIAL**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Louie Allen Ford, that the bench trial currently scheduled on April 12, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. Additionally, defendant has a separate case with separate trial counsel.

3. The parties are attempting to enter a global resolution and additional time is needed to attempt to achieve this.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

6. The parties are asking for 45 days because counsel for the government will be out of the jurisdiction May 8 – 19, 2023 and counsel for the defendant has a jury trial that is proceeding May 8, 2023.

This is the third request for a continuance of the bench trial.

DATED this 7th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | BY /S/ Imani Dixon<br>IMANI DIXON<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIE ALLEN FORD,<br><br>    Defendant. | Case No. 2:22-mj-639-DJA<br><br>**<u>ORDER</u>** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, April 12, 2023, at 9:00 a.m., be vacated and continued to June 21, 2023, at 9:00 a.m., Courtroom 3A.

DATED this 10th day of April, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3